1

2

3

4

5

IN THE UNITED STATES DISTRICT COURT

6

FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8

| | | |
|---|---|---|
| BENJAMIN CHOYCE, | ) | No. C 09-1352 JSW (PR) |
| Plaintiff, | ) ) | ORDER DENYING MOTION FOR COUNSEL AND INSTRUCTIONS |
| v. | ) ) | TO THE CLERK |
| CITY AND COUNTY OF SAN FRANCISCO, OFFICER MARTIN, | ) ) | (Docket No. 15) |
| OFFICER PINEDA, SERGEANT HASKELL, | ) ) | |
| Defendants. | ) ) | |

9

10

11

12

13

14

15

16          Plaintiff, previously incarcerated at the San Francisco County Jail in San

Francisco, California, filed this civil rights complaint under 42 U.S.C. § 1983 alleging

17

violations of his constitutional rights during his detention there.  After Court orders from

18

July and September, 2009 were returned, the Court dismissed this action on October 19,

19

2009 based on Plaintiff's failure to prosecute and to comply with Northern District Local

20

Rule 3-11 by providing a change of address within 60 days indicating a current address.

21

Therefore, Plaintiff's motion seeking appointment of counsel, filed on October 20, 2009

22

(docket no. 15) is DENIED as moot.  The Clerk of Court is directed to send Plaintiff a

23

copy of the Court's dismissal and judgment at Plaintiff's current address listed on his

24

most recent Court filing.

25

        IT IS SO ORDERED.

26

DATED:  October 30, 2009

27                                        _____
                                          JEFFREY S. WHITE
                                          United States District Judge

28

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

BENJAMIN C. CHOYCE,

          Plaintiff,

  v.

SF CITY & COUNTY et al,

          Defendant.

_____/

Case Number: CV09-01352 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 30, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Benjamin C. Choyce
#2380465
San Francisco County Jail
850 Bryant Street
San Francisco, CA 94103

Dated: October 30, 2009

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk